■ HUGH OAG et al., Appellants, v DESERT GAS EXPLORATION Co., Respondent. (Appeal No. 2.) [661 NYS2d 578] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Reargument.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.